CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
RHc
SEP 29 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CALVIN HAIRSTON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:06CV00533 |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| ROBERT LEWIS, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the above-referenced civil action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted and stricken from the active docket of the court. All pending motions are hereby **DENIED** as **MOOT**.

The Clerk is directed to send certified copies of this Order to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 29th day of September, 2006.

Senior United States District Judge